UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| URSULA FREITAS,<br><br>            Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 12-CV-05364 BHS-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 18.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and ORDER that the Commissioner's decision in regard to Plaintiff's applications for supplemental security income pursuant to Title

XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge should give claimant an opportunity for a hearing; update the medical record; address claimant's respiratory and neurogenic bladder impairments at step two; reconsider claimant's residual functional capacity, and in so doing, further evaluate the opinion evidence from treating and examining sources; further evaluate claimant's credibility; reconsider the lay opinion evidence pursuant to Social Security Ruling 06-03p, 2006 SSR LEXIS 5; seek supplemental vocational expert testimony, if warranted, to determine whether or not there are a significant number of jobs in the national economy that claimant can perform; and issue a new decision.

This Court further recommends that the ALJ take any other actions necessary to develop the record.  In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

Dated this 2nd day of October, 2012.

J. Richard Creatura
United States Magistrate Judge