UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| URSULA FREITAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 12-CV-05364 BHS<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, released October 2, 2012.

Dated this 2nd day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

JUDGMENT